**Guaranty Iron & Steel Company, appellee, v. Thomas F. H. Leyden et al., appellants. Gen. No. 28,975.**

Cross petition by a defendant in mechanic's lien suit seeking lien for amount due for services rendered as architect. Petition allowed in part. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed December 24, 1924. Rehearing denied January 6, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Lewis, Adler, Lederer & Kahn, for appellants. Wyman, Hopkins, McKeever & Colbert, for appellee; Vincent D. Wyman and Austin L. Wyman, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**William J. Kalish, appellant, v. Anna Schultz, appellee. Gen. No. 28,981.**

Suit to foreclose trust deed. Judgment for defendant on answer and cross-bill. Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed December 24, 1924. Rehearing denied January 6, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Kraft, Kraft & Erskine, for appellant. John J. Sherlock, for appellees.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**Sam Spellens et al., appellees, v. W. J. Vanek et al., appellants. Gen. No. 28,996.**

Action to recover deposit to secure rents. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed December 24, 1924. Rehearing denied January 6, 1925.

Samuel Wodika and Harry J. Myerson, for appellants; Harold L. Feigenholtz, of counsel. Frohlich & Frohlich, for appellees; Victor Frohlich, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**Rose Marrone, appellee, v. Fred Allen Automobile Supply Company, appellant. Gen. No. 29,008.**

Action for personal injuries. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed December 24, 1924.

Lloyd D. Heth, for appellant. C. Helmer Johnson and Urban P. Gallagher, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.